IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHAQUALE R. WOODHOUSE,**

    **Plaintiff,**

vs.                                        **Case No.: 2:16-cv-887**
                                                     **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Deavers**

**OHIO DEPARTMENT OF REHABILITATION
AND CORRECTIONS,** *et al.***,**

    **Defendants.**

## **ORDER**

      On October 18, 2016, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2).  (*See Order and Report and Recommendation*, Doc. 9).  The parties were advised of their right to object to the *Report and Recommendation*.  This matter is now before the Court on Plaintiff's Objections to the Magistrate's *Order and Report and Recommendation*.  (Doc. 10).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

      The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  Plaintiff asserts that he lacks the experience and expertise to explain his claims, but then attempts to restate all of the assertions raised in his Complaint.  Plaintiff has failed to state a plausible claim for cruel and unusual punishment or deliberate indifference.

Therefore, for the reasons stated in detail in the *Report and Recommendation*, this Court finds that Plaintiff's objections to the *Report and Recommendation* are without merit and are hereby **OVERRULED**.

The *Order and Report and Recommendation* (Doc. 9) is hereby **ADOPTED** and **AFFIRMED.** The Clerk shall remove Documents 9 and 10 from the Court's pending motions list and enter final judgment in favor of Defendants.

       **IT IS SO ORDERED**.

                                      */s/ George C. Smith*_____
                                      **GEORGE C. SMITH, JUDGE**
                                      **UNITED STATES DISTRICT COURT**